```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                  :
NARAYANAN APPUKKUTTA,
                                  :
        Plaintiff,
                                  :    **ORDER**
       - against -
                                  :    09 Civ. 6822 (DC)
NEW YORK SUPREME COURT, et al.,
                                  :
        Defendants.
                                  :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        Pro se plaintiff Narayanan Appukkutta has filed an application for the appointment of counsel. Based on an initial review of the petition, and considering the factors governing appointment of counsel set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), the Court determines that petitioner has not made the requisite "threshold showing of merit." Hendricks v. Coughlin, 114 F.3d 390, 394 (2d Cir. 1997). Accordingly, petitioner's application is denied without prejudice to renewal at a later stage in the litigation.

        SO ORDERED.

Dated:    New York, New York
          October 28, 2009

                                          DENNY CHIN
                                          United States District Judge